IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:25-cr-00220-D-RN

UNITED STATES OF AMERICA

v.                                                    ORDER

DANIEL SHANE TYROLF

UPON THE DEFENDANT'S MOTION, and for good cause shown, the Court SEALS

Docket Entry 30 until otherwise unsealed by this or another Court of competent

jurisdiction.

This the ____4____ day of March 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE